**DENIED**

Terry L. Wooten    9/11/12
TERRY L. WOOTEN    DATE
U.S. DISTRICT JUDGE

BEFORE THE U.S. DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, Columbia Division

Case No. 11-cv-03077-TLW

| | |
|---|---|
| Marie Assa'ad-Faltas, MD, MPH, | Plaintiff |
| vs. | |
| State of South Carolina (SC) et al. | Defendants |

**Plaintiff's Motion to Receive One Free Electronic Copy of All Documents Filed Electronically in This Case As Permitted by the Policy of the Judicial Conference of the United States**

Marie Assa'ad-Faltas, MD, MPH, Plaintiff *pro se* hereby respectfully asks to benefit from this language:

> ***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case **(including *pro se* litigants)** to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

printed in bold in the most recent document Dr. Assa'ad-Faltas received from this Court.

In support for what appears to be her right, even as a *pro se* litigant, Dr. Assa'ad-Faltas shows: (1) she suffers hardship in going to her P.O. Box to retrieve her mail and (2) occasional **mail-delivery problems beyond her control *unfairly truncate her time to respond to time-sensitive filings.*** Indeed, the "tickle system" of federal courts' case management appears to now be programmed to **not** allow mailing time.

While electronic notification may experience occasional problems, the sending Court will instantly know of the transmission failure and automatic prompts may trigger repeated attempts until transmission is successful or notification by other means is achieved. That feedback is unavailable for regular mail.

Dr. Assa'ad-Faltas thus asks to receive notice of all docket actions at MarieAssaadFaltas@GMail.com

Respectfully submitted on 10 September 2012.

Marie Assa'ad-Faltas, MD, MPH, Plaintiff *pro se*
P.O. Box 9115, Columbia, SC 29290
Cell Phone: (330) 232 – 4164
e-mail: Marie_Faltas@hotmail.com

RECEIVED, CLERKS OFFICE
2012 SEP 10 P 3: 20
US DISTRICT CT COLA. SC

page 1 of 1 exclusive of a one-page attachment